UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-CV-80543-MIDDLEBROOKS

GARFIELD SPENCE,

    Plaintiff,

v.

GOOD WAY OIL 902 CORPORATION,

    Defendant.
_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the Parties' Stipulation for Approval and Entry of Consent Decree and Dismissal With Prejudice (DE 14). The Court has carefully considered the Motion and the Consent Decree attached to the Joint Stipulation (DE 14-1), and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Stipulation for Approval and Entry of Consent Decree and Dismissal With Prejudice (DE 14) is hereby **APPROVED AND ENTERED**.

2. This action is **DISMISSED WITH PREJUDICE**.

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida on this 8 day of June, 2016.

                                                      DONALD M. MIDDLEBROOKS
cc: Counsel of Record                          UNITED STATES DISTRICT JUDGE